IN THE UNITED STATES DISTRICT COURTS
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERESA WILLIS o/b/o             PLAINTIFF
AALIYAH M. FOSTER

    v.            CIVIL NO. 05-4037

JO ANNE B. BARNHART, Commissioner
Social Security Administration             DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 16th day of June 2006.

                      /s/ Bobby E. Shepherd
                      HONORABLE BOBBY E. SHEPHERD
                      UNITED STATES MAGISTRATE JUDGE